UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-112-D

UNITED STATES OF AMERICA

v.

HECTOR REGALADO

ORDER GRANTING LEAVE TO
FILE DOCUMENT UNDER SEAL

This cause coming to be heard before the undersigned, after considering the Defendant's Ex-Parte Motion for Leave to File Under Seal and Protective Order, and for good cause shown, that motion is hereby ALLOWED.

SO ORDERED. This 14 day of July 2014.

JAMES C DEVER III
Chief United States District Judge